1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| KERRY CONNELLY, | Case No. 1:21-cv-00746-ADA-SAB |
|       Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
|     v. | (ECF Nos. 18, 20) |
| STARBUCKS CORPORATION, | |
|       Defendant. | |

17

18

19

20

21

A scheduling order for this matter issued on April 21, 2022.  (ECF No. 18.)  Pursuant to the schedule, non-expert discovery closes on January 26, 2023; expert discovery closes on March 9, 2023; the dispositive motion deadline is set for March 30, 2023; the pretrial conference is set for August 28, 2023; and a bench trial is currently set for October 24, 2023.  (See id.)

22

23

24

25

26

27

28

On January 20, 2023, the parties filed a stipulation to continue the non-expert discovery deadline, which the Court construes as a motion to modify the schedule.  (ECF No. 20.)  The parties proffer they require a continuance solely to take the depositions of Plaintiff and the Starbucks representative, which scheduling conflicts prevented the parties from taking prior to the close of discovery.  All other needed discovery appears to have been completed.  The parties do not seek to modify any other deadline in the schedule, and note that the requested extension will not impact the current deadlines.  The Court finds good cause exists to grant the parties'

1

1  stipulated motion.

2      Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties'

3  stipulated motion to modify the schedule (ECF No. 98) is GRANTED.  The scheduling order is

4  further modified as follows: the Non-expert discovery deadline is continued to **February 28,**

5  **2023**, for the sole purpose of completing the depositions of Plaintiff and the Starbucks 30(b)(6)

6  corporate representative, and addressing any issues arising therefrom.

7

8  IT IS SO ORDERED.

9  Dated:   **January 23, 2023**

   _____
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2