# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY CONNELLY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00746-ADA-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER, VACATING TRIAL DATES<br><br>(ECF Nos. 18, 22, 24) |

  A scheduling order for this matter issued on April 21, 2022. (ECF No. 18.) The initial scheduling order set the matter for pretrial conference on August 28, 2023 and trial on October 24, 2023, before District Judge Dale A. Drozd. (Id.) Discovery deadlines have been modified once. (ECF Nos. 20, 22.)

  On March 28, 2023, the parties filed a joint stipulation to modify the scheduling order to extend dispositive motion deadline, which the Court construes to be a stipulated motion to modify the scheduling order. (ECF No. 24.) The parties proffer they are currently engaged in active settlement negotiations and seek to extend the dispositive motion deadline by four weeks. They do not address the original trial dates. Nonetheless, the Court finds good cause exists to grant the parties' stipulated motion. Furthermore, the Court notes this matter was reassigned to District Judge Ana de Alba; therefore the Court shall vacate the current trial dates which are set before

1

Judge Drozd. In light of the parties' settlement negotiations, and the state of judicial emergency pertaining to the Eastern District of California, the Court declines to set new trial dates at this juncture.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 24) is GRANTED. The scheduling order is thus modified as follows:

1. Dispositive Motion Filing Deadline: **April 27, 2023**; and
2. The August 28, 2023 Pretrial Conference and October 24, 2023 Trial dates are VACATED.

IT IS SO ORDERED.

Dated:   **March 30, 2023**                              _____
                                                          UNITED STATES MAGISTRATE JUDGE