# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY CONNELLY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00746-ADA-SAB<br><br>ORDER HOLDING MOTION FOR SUMMARY JUDGMENT IN ABEYANCE PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 30)<br><br>**DEADLINE: JUNE 22, 2023** |

On June 1, 2023, the parties filed a notice of settlement. (ECF No. 30.) There is no pretrial conference or trial date set in this matter currently, however a motion for summary judgment filed May 19, 2023, is currently pending. (ECF Nos. 25, 28.) No opposition to the motion for summary judgment has been filed. The parties request consideration of the motion be stayed while the parties finalize the settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for summary judgment (ECF No. 28) shall be held in ABEYANCE in light of the notice of settlement and request of the parties; and

2. The parties shall file dispositional documents on or before June 22, 2023.

IT IS SO ORDERED.

Dated:  **June 2, 2023**

UNITED STATES MAGISTRATE JUDGE