# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY CONNELLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　Defendant. | Case No. 1:21-cv-00746-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 32)<br><br>**DEADLINE: JULY 20, 2023** |

On June 2, 2023, pursuant to the parties' notice of settlement, the Court ordered the parties to file dispositional documents on or before June 22, 2023. (ECF Nos. 30, 31.) On June 21, 2023, the parties filed a stipulation requesting an extension of time until July 20, 2023, to file the dispositional documents based on the proffer that: on June 2, 2023, Plaintiff requested bids from settlement administrators; on June 7, 2023, Plaintiff provided Defendant with a proposed draft of a long-form settlement agreement; the parties are meeting and conferring regarding the long-form settlement agreement; on June 20, 2023, Defendant provided Plaintiff with additional edits to the long-form settlement agreement; and the parties agree that additional time is required to finalize the longform settlement agreement. (ECF No. 32.) The Court finds good cause to grant the stipulated motion for extension of time.

///

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The stipulated motion for extension of time (ECF No. 32) is GRANTED; and

3  2.  The parties shall file dispositional documents on or before July 20, 2023.

IT IS SO ORDERED.

Dated:  **June 22, 2023**

UNITED STATES MAGISTRATE JUDGE