# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY CONNELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00746-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW MOTION AND TO EXTEND TIME TO FILE MOTION FOR PAGA SETTLEMENT<br><br>(ECF Nos. 34, 35)<br><br>**DEADLINE: JULY 27, 2023** |

　　　　This action involves Plaintiff's claims pursuant to the Private Attorneys General Act of 2004, California Lab. Code §§ 2698 *et seq.* ("PAGA"). On June 2, 2023, pursuant to the parties' notice of settlement, the Court ordered the parties to file dispositional documents on or before June 22, 2023, a deadline that has been extended to July 20, 2023. (ECF Nos. 34, 35.) On July 20, 2023, Plaintiff filed a motion for approval of a settlement of the PAGA claims. (ECF No. 34.) On the same date, the parties filed a stipulated request to withdraw the motion and to continue the deadline to file such motion. (ECF No. 35.) The stipulation proffers that the motion was prematurely filed before the parties concluded conferring on the motion, as provided for in Paragraph 6.1 of the parties' settlement agreement. (Id. at 2.) The parties request a seven (7) day extension of time to file the motion. The Court finds good cause to grant the stipulated request to withdraw the motion and to extend the deadline.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated request for withdrawal and extension of time (ECF No. 35) is GRANTED;

2. The motion for approval of PAGA settlement, filed July 20, 2023, (ECF No. 34), is WITHDRAWN; and

3. The parties shall file the motion for approval of PAGA settlement on or before July 27, 2023.

IT IS SO ORDERED.

Dated:   **July 20, 2023**

UNITED STATES MAGISTRATE JUDGE

2